UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| **MARY GREINER,** | **Civil Action No.:** |
| **Plaintiff,** | |
| v. | **Judge** |
| | **Magistrate Judge** |
| **EQUIFAX INFORMATION SERVICES LLC, et al.** | |
| **Defendant.** | |

| | |
|---|---|
| CREDIT REPAIR LAWYERS OF AMERICA<br>Gary D. Nitzkin<br>Travis Shackelford<br>22142 West Nine Mile Road<br>Southfield, MI 48033<br>(248) 353-2882<br>Email: gary@crlam.com<br>*Attorneys for Plaintiffs* | CLARK HILL PLC<br>Jordan S. Bolton<br>500 Woodward Avenue, Ste. 3500<br>Detroit, MI 48226-3435<br>(313) 965-8300<br>Email: JBolton@clarkhill.com<br>*Attorneys for Equifax Information Services LLC.* |

### NOTICE OF REMOVAL

Defendant, Equifax Information Services LLC ("Equifax"), by Counsel, and hereby file this Notice of Removal of this action from the 1st District Court, Michigan wherein it is now pending as Case No. 17-5179, to the United States District Court for the Eastern District of Michigan. This Notice of Removal is filed pursuant to 28 U.S.C. §§ 1441 and 1446. In support hereof, Defendants show this Court as follows:

216501663.1

1. An action was filed on September 19, 2017 in the 1st District Court, Michigan, entitled *Greiner v. Equifax Information Services LLC, et al.,* Case No. 17-5179 (the "State Court Action").

2. Equifax was served with the Complaint on October 23, 2017.

3. This Notice is being filed with this Court within thirty (30) days after Equifax was served with a copy of Plaintiff's initial pleading setting forth the grounds for his action and his claims for relief.

4. This Court has original jurisdiction over this case pursuant to 28 U.S.C. § 1331, in that this is a civil action arising under the Constitution, laws or treaties of the United States; specifically 15 U.S.C. § 1681 *et seq.*, otherwise known as the Fair Credit Reporting Act ("FCRA"), as follows:

(a) Plaintiff's Complaint, on its face, alleges a violation of the FCRA. (See Plaintiff's Complaint).

(b) The FCRA, pursuant to 15 U.S.C. § 1681(p), provides that any action alleging a violation of its provisions "may be brought in any appropriate United States district court without regard to the amount in controversy . . ."

5. Promptly after the filing of this Notice of Removal, Equifax shall give written notice of the removal to Plaintiff and to the Clerk of the 1st District Court, Michigan, as required by 28 U.S.C. § 1446(d).

6. Attached hereto, as Exhibit A, are copies of the Summons and Complaint served upon Equifax in the State Court Action.

7. Equifax has confirmed with the Clerk of the 1st$^h$ District Court, Michigan, that they have no document or file suggesting any other Defendant has been served. To the best of Equifax's knowledge, no other named Defendant in this matter has been served as of the date and time of this Notice Of Removal.

WHEREFORE, Equifax requests that the above-described action be removed to this Court.

Respectfully submitted this 15th day of November, 2017.

/s/ *Jordan S. Bolton*
Jordan S. Bolton
CLARK HILL, PLC
500 Woodward Avenue, Suite 3500
Detroit, MI 48226
Tel. (313) 965-8300
Fax (313) 965-8252
*Attorneys for Equifax Information Services LLC*

216501663.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 15th day of November, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system and have sent a copy via U.S. Mail to the following:

Gary D. Nitzkin
CREDIT REPAIR LAWYERS OF AMERICA
22142 W. Nine Mile Rd.
Southfield, MI 48033
*Counsel for Plaintiff*

/s/ *Jordan S. Bolton*
Jordan S. Bolton