UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARY GREINER,
    Plaintiff,

v.

EQUIFAX INFORMATION
SERVICES, LLC, et al.,
    Defendants.

Case No. 2:17-cv-13712-AJT-SDD
Hon. Arthur J. Tarnow

_____

## STIPULATION TO DISMISS CASE AGAINST DEFENDANT EQUIFAX INFORMATION SERVICES, LLC, ONLY, WITH PREJUDICE AND WITHOUT FEES OR COSTS

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties, as evidenced by the signatures of their respective counsel below, stipulate to the dismissal of Plaintiff's claims as to Defendant Equifax Information Services, LLC, only, with prejudice and without attorney's fees or costs to either party.

/s/ Gary D. Nitzkin
Gary D. Nitzkin (P41155)
Attorney for Plaintiff
22142 West Nine Mile Road
Southfield, Michigan 48033
(248) 353-2882
gnitzkin@crlam.com

/s/ Jordan S. Bolton w/ consent
Jordan S. Bolton (P66309)
Attorney for Defendant Equifax
500 Woodward Avenue, Ste. 3500
Detroit, MI 48226-3435
(313) 965-8300
JBolton@clarkhill.com

UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARY GREINER,
    Plaintiff,

v.

Case No. 2:17-cv-13712-AJT-SDD
Hon. Arthur J. Tarnow

EQUIFAX INFORMATION
SERVICES, LLC, et al.,
    Defendants.
_____

## ORDER OF DISMISSAL AS TO DEFENDANT EQUIFAX INFORMATION SERVICES, LLC, ONLY WITH PREJUDICE AND WITHOUT FEES OR COSTS

The Court, having reviewed the parties' stipulation, and finding good cause shown;

**IT IS HEREBY ORDERED** that the within action as to Defendant Equifax Information Services, LLC, only, is hereby dismissed with prejudice and without fees or costs to either party.

Date: April 20, 2018

s/Arthur J. Tarnow
Judge of United States District Court