UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARY GREINER,

        Plaintiff,

v.

EQUIFAX INFORMATION SERVICES LLC, ET AL.,

        Defendants.

        _____/

Case No. 17-13712

SENIOR UNITED STATES DISTRICT JUDGE ARTHUR J. TARNOW

MAGISTRATE JUDGE STEPHANIE DAWKINS DAVIS

## JUDGMENT

Because Plaintiff has failed to respond to the Court's Order to Show Cause [15], the Court awards Plaintiff **$100.00** in damages.

Dated at Detroit, Michigan, this 15th day of August 2018.

        DAVID J. WEAVER
        CLERK OF THE COURT

        BY: s/Michael E. Lang
        Deputy Clerk

Approved:

s/Arthur J. Tarnow
ARTHUR J. TARNOW
SENIOR UNITED STATES DISTRICT JUDGE